CLERK OF THE
DISTRICT COURT
TERRY HALPIN

## MONTANA THIRTEENTH JUDICIAL DISTRICT COURT
## YELLOWSTONE COUNTY

2017 JAN 5 PM 4 33

| | |
|---|---|
| PETER BYORTH and ANN McKEAN, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY and JOHN DOES I-X,<br><br>Defendants. | Cause No. DV 15-0511<br>FILED<br>BY _____<br><br>Judge: Gregory R. Todd<br><br>**ORDER SETTING CASE DEADLINES AND HEARING** |

IT IS HEREBY ORDERED that:

1. USAA CIC's response to Plaintiffs' motion to compel (Dkt. Nos. 22-23) is due January 27, 2017.

2. Plaintiffs' reply in support of their motion to compel is due February 10, 2017.

3. Plaintiffs' motion for class certification is due July 14, 2017.

4. USAA CIC's response in opposition to Plaintiffs' motion for class certification is due August 14, 2017.

5. Plaintiffs' reply in support of their motion for class certification is due September 1, 2017.

6. The Court will hold an evidentiary hearing on Plaintiffs' motion for class certification beginning at 9:00 a.m. on September 13, 2017.

DATED this 3rd day of January, 2017.

Hon. Gregory Todd

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing was duly served by mail/hand/inter-office delivery upon the parties or their attorneys of record at their last known addresses this 4th day of January, 2017.

By _____
Judicial Asst. to Hon. Gregory R. Todd