CLERK OF THE
DISTRICT COURT
TERRY HALPIN

2017 FEB 24 AM 10 00

FILED
BY _____
DEPUTY

**MONTANA THIRTEENTH JUDICIAL DISTRICT COURT, YELLOWSTONE COUNTY**

| | |
|---|---|
| PETER BYORTH and ANN MCKEAN, on behalf of themselves and all those similarly situated, | Cause No. DV 15-0511 |
| | Judge Gregory R. Todd |
| Plaintiffs, | **ORDER SETTING ORAL ARGUMENT** |
| vs. | |
| USAA CASUALTY INSURANCE COMPANY and JOHN DOES I-X, | |
| Defendants. | |

Pursuant to Defendant's Request for Oral Argument and good cause appearing therefrom,

**IT IS HEREBY ORDERED** that a hearing is set for the **10th day of March, 2017, at the hour of 1:30 o'clock p.m.** in Room 516 of the Yellowstone County Courthouse, Billings, Montana.

**DATED** this 21st day of February, 2017.

HON. GREGORY R. TODD, District Court Judge

Cc: John Heenan / Colette B. Davies, Attorneys for Plaintiffs
Ian McIntosh / Kelsey E. Bunkers / Jessica G. Scott, Attorneys for Defendants

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing was duly served by U.S. mail or by hand the parties or their attorneys of record at their last known address this 21st day of February, 2017.

By _____
Judicial Assistant to Hon. Gregory R. Todd

-1-