ORIGINAL

```
CLERK OF THE
DISTRICT COURT
TERRY HALPIN

2017 MAR 24 PM 4 27
         FILED
BY _____
        DEPUTY          (49)
```

## MONTANA THIRTEENTH JUDICIAL DISTRICT COURT
## YELLOWSTONE COUNTY

| | |
|---|---|
| PETER BYORTH and ANN McKEAN, on behalf of themselves and all those similarly situated, | Cause No. DV 15-0511 |
| | Judge: Gregory R. Todd |
| Plaintiffs, | |
| vs. | **[PROPOSED ORDER] GRANTING USAA CIC'S UNOPPOSED MOTION FOR PRO HAC VICE OF JEREMY A. MOSELEY** |
| USAA CASUALTY INSURANCE COMPANY and JOHN DOES I-X, | |
| Defendants. | |

Before the Court is USAA CIC's Unopposed Motion for Pro Hac Vice of Jeremy A. Moseley. Being fully advised of the premises and the record herein, the Court GRANTS the Motion. Good cause exists pursuant to Rule IV(C) to allow this admission. Mr. Moseley is admitted to appear as counsel *pro hac vice* for USAA CIC in this case, subject to the all the rules and regulations for counsel appearing *pro hac vice*.

Dated this 22nd day of March 2017.

Hon. Gregory R. Todd

CERTIFICATE OF SERVICE
This is to certify ... thing was duly served by ... delivery upon the parties ... record at their last ...
23rd     March        , 2017
By _____
                Hon. Gregory R. Todd