CLERK OF THE
DISTRICT COURT
TERRY HALPIN

2017 JUL 6 PM 4 43

FILED

BY _____
DEPUTY 

# MONTANA THIRTEENTH JUDICIAL DISTRICT COURT, YELLOWSTONE COUNTY

| | |
|---|---|
| PETER BYORTH and ANN McKEAN, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>USAA CASUALTY INS. CO. and JOHN DOES I-X,<br><br>Defendants. | Cause No.: DV 15-0511<br><br>Judge: Gregory R. Todd<br><br>ORDER RESETTING DEADLINES (PROPOSED) |

Upon consideration of the unopposed Motion to Reset Deadlines, and good cause appearing therefore,

IT IS HEREBY ORDERED that

1. That Plaintiffs' counsel shall file their motion for class certification along with supporting brief on or before December 15, 2017;

2. That Defendant's counsel shall file their brief in opposition to the motion for class certification on or before January 19, 2018;

3. That Plaintiffs' counsel file their reply brief on or before February 2, 2018; and

4. That argument will be held on the 27th day of February, 2018, at 9:00 a.m./p.m. in Room 515 of the Yellowstone Country Courthouse, Billings, Montana.

DATED this 6th day of July, 2017.

_____
HON. GREGORY R. TODD,
District Court Judge

cc: John Heenan/Colette B. Davies, Attorneys for Plaintiffs
Jeremy Mosely/Ian McIntosh/Kelsey E. Bunkers, Attorneys for Defendants

CERTIFICATE OF SERVICE

This is to certify that the foregoing was duly served by mail/hand/inter-office delivery upon the parties or their attorneys of record at their last known addresses this 6th day of July, 2017.

By_____
Judicial Asst. to Hon. Gregory R. Todd