# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| ANN MCKEAN, | |
| Plaintiffs, | Case No. 1:20-CV-76-BLG-KLD |
| vs. | **ORDER** |
| USAA CASUALTY INSURANCE COMPANY and JOHN DOES I-X, | |
| Defendants. | |

This matter has been set for a settlement conference with the Honorable John Johnston, United States Magistrate Judge, on August 5, 2020, at 9:00 a.m. (ECF No. 183.) Defendant USAA Casualty Insurance Company ("USAA CIC") has filed an unopposed motion for its representative with settlement authority to attend the settlement conference by video due to the global COVID-19 pandemic.

Good cause appearing, IT IS HEREBY ORDERED that the Motion is GRANTED. USAA CIC's representative is permitted to attend the settlement conference by video or telephone.  USAA will contact the court to make arrangements for the remote attendance.

Dated this 8th day of July, 2020.


John Johnston
United States Magistrate Judge